

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

USPS TRACKING #
NEW ORLEANS LA 700

28 NOV 2022 PM 2 L

9402 6572 1028 3584 58

95 9402 6572 1028 3584 58

• Sender: Please print your name, address, and ZIP+4® in this box•

CLERK'S OFFICE, U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
0 POYDRAS STREET ROOM C-151
W ORLEANS, LA 70130

22-4322 "H" (1)

CAROL L. MICHEL
CLERK

FILED   DEC 0 1 2022

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

United States
Postal Service

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Clerk of Criminal Court
Orleans Parish
2700 Tulane Ave.
New Orleans, LA 70119

9590 9402 6572 1028 3584 58

2. Article Number (Transfer from service label)

7019 0140 0000 0680 8390

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X
☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☑ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☑ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt