UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**EDDIE HARRISON**  **CIVIL ACTION**

VERSUS  **NO. 22-4322**

**JERRY GOODWIN, WARDEN**  SECTION: "H"(1)

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the federal application for habeas corpus relief filed by Eddie Harrison is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 27th day of February, 2025.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**